1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Frank.Riebli@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**
DEC 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED DEC 17 2019

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  CASE NO.  CR 19-681 CRB
                                         )
14         Plaintiff,                    )
                                         )  PETITION FOR WRIT OF HABEAS CORPUS
15     v.                                )  AD PROSEQUENDUM
                                         )
16  LINDSAY WILLIAMS,                    )
                                         )
17         Defendant.                    )
                                         )
18  _____)

19

20  TO:   The Honorable Thomas S. Hixson, United States Magistrate Judge for the
          Northern District of California
21

22      Assistant United States Attorney Frank Riebli respectfully requests that the Court issue a Writ of

23  Habeas Corpus Ad Prosequendum for the person of prisoner LINDSAY WILLIAMS, whose place of

24  custody or jailor are set forth in the requested Writ, attached hereto.

25      The prisoner, LINDSAY WILLIAMS, is required to appear as a defendant in the above-entitled

26  ///

27  ///

28  ///

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-681 CRB

matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: December 16, 2019                                  Respectfully Submitted,

                                                         DAVID L. ANDERSON
                                                         United States Attorney

                                                         _____/s/_____
                                                         Frank Riebli
                                                         Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-681 CRB

```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  FRANK J. RIEBLI (CABN 221152)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7200
 7      FAX: (415) 436-7234
        Frank.Riebli@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-681 CRB |
|---|---|
| Plaintiff, | ) [PROPOSED] |
| v. | ) ORDER GRANTING PETITION FOR WRIT OF |
| | ) HABEAS CORPUS AD PROSEQUENDUM |
| LINDSAY WILLIAMS, | ) |
| Defendant. | ) |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant LINDSAY WILLIAMS, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: December 18, 2019

Hon. Thomas S. Hixson
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. CR 19-681 CRB

1 **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

3 TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California, and MARK ESSICK, Sonoma County Sheriff and jailer at the Main Adult Detention Facility at 2777 Ventura Ave. in Santa Rosa, CA 95403, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of LINDSAY WILLIAMS, who is in the custody of Sonoma County Sheriff Mark Essick at the Main Adult Detention Facility at 2777 Ventura Ave. in Santa Rosa, CA 95403, before the Honorable ~~Thomas S. Hixson~~ Sallie Kim, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Ave., 15th Floor, in San Francisco, California 94102, on December 30, 2019, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release LINDSAY WILLIAMS from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: DEC 1 8 2019

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK    MARK J. JENKINS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-681 CRB