UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINDSAY BAIN MUNIZ, aka LINDSAY WILLIAMS,<br><br>　　　　　Defendant. | Case No. 19-cr-00681-CRB-1 (DMR)<br><br>**ORDER RE: DEFENDANT'S DETENTION HEARING**<br><br>Re: Dkt. No. 49 |

　　　On January 8, 2020 Defendant Lindsay Bain Muniz made her initial appearance and waived her detention hearing without prejudice due to the fact that she had not yet completed service of a state sentence. That sentence expired on September 6, 2020. On September 9, 2020 at 9:45 a.m., defense counsel sent an email to the undersigned's courtroom deputy and the government stating that Defendant wanted to schedule a detention hearing for September 11, 2020. Defense counsel indicated that the matter was urgent because Defendant's father is in hospice with terminal brain cancer and may die at any time. Government counsel responded on September 9, 2020 at 2:55 p.m. by stating that the case involves victims, namely a 13-month old boy and his father, both of whom died after ingesting the fentanyl that Defendant is alleged to have distributed. Government counsel stated that his office was attempting to notify the victims' representatives of the September 11, 2020 court date pursuant to 18 U.S.C. § 3771 but he was concerned that two days would be insufficient time for them to make arrangements to appear. As of September 10, 2020 at 3:30 p.m., the government has not been able to notify all representatives despite their best efforts to do so.

　　　18 U.S.C. § 3771(b) requires the court to "ensure that the crime victim is afforded the rights described in subsection (a)," which includes the "right to reasonable, accurate, and timely

notice of any public court proceeding, or any parole proceeding, involving the crime . . ." 18 U.S.C. § 3771(a)(2).  The court finds that the current schedule does not afford reasonable and timely notice, especially given that scheduling is often further impacted by the Covid-19 pandemic.  For these reasons, the September 11, 2020 detention hearing is vacated and rescheduled for September 14, 2020 at 10:30 a.m. on the districtwide criminal duty calendar.  This will provide additional time for the government to notify the victims' representatives, and for them to make arrangements to appear if they wish to do so.  The new schedule also takes into account the exigency presented by Defendant's father's medical condition.

**IT IS SO ORDERED.**

Dated: September 10, 2020



Donna M. Ryu
United States Magistrate Judge

2