UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:   April 14, 2021                                    Judge:  Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 9 Minutes
Case No.: CR19-0681-2 CRB
Case Name:  USA v. Lindsay Bain Muniz aka Lindsay Williams (Present)(Custody)

Attorney(s) for Government: Frank Riebli and Sailaja Padipaty
Attorney(s) for Defendant(s): Shaffy Moeel
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott


PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement provided to the Court. Defendant plead guilty to Count 1 of the Indictment.  Sentencing hearing set for August 11, 2021 at 10:00 a.m.